UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hui Ye,

                Petitioner,

-against-

Alejandro Mayorkas, in his official capacity as Secretary of the U.S. Department of Homeland Security; Ur M. Jaddou, in her official capacity as Director, US Citizenship and Immigration Services; Mollie Isaacson, in her official capacity as Acting Director, USCIS Newark Asylum Office,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2023

23 Civ. 6105 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 21, 2023, the Court ordered the parties to file a joint letter and proposed case management plan by November 13, 2023. ECF No. 3. These submissions are overdue. Moreover, Petitioner has not filed proof of service, and Respondents have not appeared in this action. Accordingly, by **December 13, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 15, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge